No. 85–1658. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* FLORIDA POWER CORP. ET AL.; and

No. 85–1660. GROUP W CABLE, INC., ET AL. *v.* FLORIDA POWER CORP. ET AL. Appeals from C. A. 11th Cir. Probable

jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.